**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| QUINTON EDMOND, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-51 |
| v. | |
| BROOKS L. BENTON, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Defendants' Motion to Stay.  Doc. 33.  Defendants request the Court stay discovery until the Court rules on their motion to dismiss.  Plaintiff has not responded, and the time to do so has expired.  Accordingly, the Court **GRANTS** Defendants' Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."), and **STAYS** this case pending a ruling on Defendants' motion to dismiss.  This stay will be automatically lifted upon the issuance of a Court order ruling on Defendants' motion to dismiss, if the case remains pending.

**SO ORDERED**, this 7th day of June, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA