**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

QUINTON EDMOND,

        Plaintiff,

    v.

BROOKS BENTON, et al.,

        Defendants.

CIVIL ACTION NO.: 4:21-cv-51

## **O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.  (Doc. 37.)  Plaintiff did not file Objections to the Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants' Motion to Dismiss, and **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order.  The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 28th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA