AO 450 (GAS Rev. 6/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

☐

☐

_____          _____
Date                                                                         Clerk

_____
(By) Deputy Clerk